A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. §1983

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Willie Perry
In Pro Se,
Plaintiff,

(Enter above the full name of the plaintiff or plaintiffs in this action.)

v.

Deputy N. Hernandez
9028
Defendant,

(Enter above the full name of the defendant or defendants in this action.)

00-6046 CIV-ZLOCH

MAGISTRATE JUDGE
~~Orihuela~~
Sorrentino

cat/d.v B-Broward
Case # 00CV6046
Judge Zloch  Mag CHS
Motn Ifp Yes  Fee pd $ no
Receipt # _____

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. §1983

    This packet includes four copies of a complaint form and two copies of a forma pauperis petition. To start an action you must file an original and one copy of your complaint for each defendant you name and one copy for the court. For example, if you name two defendants, you must file the original and three copies of the complaint. You should also keep an additional copy of the complaint for your own records. <u>All copies of the complaint must be identical to the original.</u>

    <u>The clerk will not file your complaint unless it conforms to these instructions and to these forms.</u>



Your complaint must be legibly handwritten or typewritten. The plaintiff or plaintiffs must sign and swear to the complaint. If you need additional space to answer a question, you may use the reverse side of the form or an additional blank page.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

In order for this complaint to be filed, it must be accompanied by the filing fee of $ 120.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauparis. Two blank petitions for this purpose are included in this packet. One copy should be filed with your complaint; the other copy is for your records. After filling in the petition, you must have it notarized by a notary public or other officer authorized to administer an oath.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk of the United States District Court for the Southern District of Florida, 301 North Miami Avenue, Miami, Florida 33128-7788.

I. Previous Lawsuits

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?  Yes (✓)  No ( )

    B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1. Parties to this previous lawsuit

            Plaintiffs: _____
_____ Willie Perry _____

Previous Law Suit

Willie Perry,
    Plaintiff,

v.

Deputy Enrique,
    Defendant.

Case No: 99-6237-CIV-Ferguson

United States District Court
Southern District Of Florida
Miami - Division

Judge Ferguson

Case pending

Filing Date
27 Jan. 99

Defendants: Dennis Shrock, etc., et al.,

2. Court (if federal court, name the district; if state court, name the county): Southern District of Florida - Miami

3. Docket number: _____

4. Name of judge to whom case was assigned: Ferguson

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): Pending

6. Approximate date of filing lawsuit: 13 Oct 98

7. Approximate date of disposition: N/A

II. Place of present confinement: Broward County Main Jail

A. Is there a prisoner grievance procedure in this institution? Yes (✓)  No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes (✓)  No ( )

C. If your answer is YES:

1. What steps did you take? Filed a grievance

2. What was the result? Negative

D.  If your answer is NO, explain why not: _____

_____

_____

III. Parties

(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same additional plaintiffs, if any.)

A.  Name of plaintiff  Willie Perry
    Address  P.O. Box 9356 - Ft. Lau. Fla. 33310

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B.  Defendant  Deputy M. Hernandez
    is employed as  Correction Deputy
    at  Broward County Stockade

C.  Additional Defendants: _____

_____

_____

_____

_____

IV. Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not

give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet if necessary.)

While out on bond from Broward County Jail. The Plaintiff, on August 5-99, At Bascom Palmer Eye Institute, had surgery for a detached retina to the left eye. On August 27-99. The Plaintiff, was taken into custody by Broward County Sheriff Office. From Judge Gold, courtroom on a bond pre-trial violation. Still under post operative medical care by Dr. Rosenfeld, at Bascom Palmer. While in the custody of the Sheriff Office. The Plaintiff, was seen by eye specialist Dr. Gechter, who recommended retina specialist Dr. Burgess. On November 5-99, at approximately 3:00 pm, at the Broward County Stockade, Unit F-1-23. The Plaintiff, was lying on his bunk because he was having sharp pain in his surgically repaired left eye. At the time wearing a surgical patch over the eye. And was having cold chills from the air conditioning. At the change of the shift the Defendant, Dep. N. Hernandez - 9028. Approached the Plaintiff, and ordered him to get out of his bunk. Plaintiff, stated, "That he had a medical problem." Defendant, ordered the Plaintiff, to get up stating, "You're -

V.  Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Issue a preliminary injunction and/or temporary restraining order in conjunction

Statement Of Claim:
    Continued

Going to the holding cell for lockdown." Plaintiff, got up and stated, "I have a medical problem." Defendant, stated, "I don't care about your medical problem". And began pushing the Plaintiff, to his chest area, very violently several times. Other detainees had to stop the Defendant, from abusing the Plaintiff, further. The Defendant, ordered the Plaintiff, to be handcuffed behind his back. Plaintiff, complied. Then the Defendant, propelled the Plaintiff, out of the unit into the hall way. Proceeded to hit the Plaintiff, on the left temple area near the surgically repaired left eye. Plaintiff, scream out in pain and agony. Blunt trauma caused by Defendant hitting Plaintiff, with his radio. Further damaging the eye. Defendant, then hit the Plaintiff, with his radio, on the left collar bone, dropping him to the floor. The 10-94 response team bodily pick up the Plaintiff, and carried him to the holding cell.

with serving the complaint and summons to the defendents. That would prevent irreparable injury such as: Elimination, execution and corporal punishment to the plaintiff. Jury trial on all issues triable by a jury damages over $1,000.000 to the defendent.

Signed this  18 Nov. 99  day of  November , 19 99

*Willie Perry, In Pro Se*

**(Signature of plaintiff or plaintiffs)**

## VERIFICATION

State of  FLORIDA  )

County of  BROWARD  )

__Willie Perry__, being first duly sworn, under oath, says: that he is the plaintiff in this action and knows the content of the above complaint; that it is true of his own knowledge, except as to those matters that are stated in it on his information and belief, and as to those matters he believes to be true.

*Willie Perry, In Pro Se*
**(Signature of affiant-plaintiff)**

Subscribed and sworn to before me this  18TH  day of  NOVEMBER , 19 99 .

*Kathy Woodward*

PROOF OF ID:
BROWARD COUNTY SHERIFF'S
OFFICE MAIN JAIL
MOVEMENT/CONTACT CARD #
509921305



Kathy Woodward.
MY COMMISSION # CC752255 EXPIRES
June 15, 2002
BONDED THRU TROY FAIN INSURANCE, INC