UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Willie Perry, In Pro Se,
Plaintiff,

v.

Deputy N. Hernandez
9028
Defendant,

Case No. 00-6046
CIV-ZLOCH
MAGISTRATE JUDGE
Sorrentino

## MOTION TO PROCEED IN FORMA PAUPERIS

COMES NOW, __Willie Perry, In Pro Se,__ petitioner, in the above-styled cause and, pursuant to the provisions of Title 28, United States Code, Section 1915, respectfully moves for leave to proceed in forma pauperis without prepayment of fees, costs or security given therefor.

Dated: __18 NOV. 99__          __Willie Perry, In Pro Se__
                                              Signature

## AFFIDAVIT IN SUPPORT OF MOTION
## TO PROCEED IN FORMA PAUPERIS

1. I, __Willie Perry, In Pro Se,__ being first duly sworn, depose and say that I am the petitioner in the above-entitled case; that in support of my motion to proceed in forma pauperis without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to redress; and that the nature of this action is as follows:

__42 USC § 1983 : Federal civil complaint__

I further swear that the responses which I have made to questions and instructions hereinbelow relating to may ability to pay the cost of this action are true.

· Are you presently employed?   Answer: __NO__

a. If answer is "yes", state the amount of your salary or wages per month and give the name and address of your employer.
b. If answer is "no", state the date of last employment, and the amount of the salary and wages per month which you received.

__Jail + prison from 1992 to present__

2. Have you received within the past twelve months any income from a business, profession or other form of self-employment, or in the form of rent payments interest, dividends, or other source?   Answer: __No__

a. If answer is "yes", describe each source of income, and state the amount received from each during the past twelve months.

3. Do you own any cash or checking or savings account?   Answer: __NO__

   a. If answer is "yes", state the total value of the items owned.

   __N/A__

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishing and clothing)?   Answer: __NO__

   a. If answer is "yes", describe property and state approximate value.

   __N/A__

5. List the persons who are dependent upon you for support and state your relationship to those persons.

   __NONE__

I fully understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury.

_____ 11/18/99
Signature

Proof of ID: BROWARD COUNTY
SHERIFF'S OFFICE
MAIN JAIL
MOVEMENT/CONTACT ord#
5099 21305

SUBSCRIBED AND SWORN TO before me this
__18TH__ day of __NOVEMBER 1999__

_____
Kathy Woodward
MY COMMISSION # CC752386 EXPIRES
June 18, 2002
BONDED THRU TROY FAIN INSURANCE, INC

```
BROWARD COUNTY JAIL COMMISSARY SYSTEM - MAIN FACILITY
RELEASE - INMATE LEDGER CARD
PRINT DATE: 11/17/1999
PRINT TIME: 11:01 AM


Arrest Number: 509921305                          CELL#: MAIN-2C-4-FLOOR-22
  Inmate Name: PERRY, WILLIE PAUL                 RACE/SEX: BM
        Alias: None, None                         DOB: 01/03/1957
Curr. Balance: $0.00
```

| DATE | TYPE | DEPOSIT | DISBURSEMENT | BALANCE |
|---|---|---|---|---|
| 08/28/1999 | Initial Intake | $1.15 | $0.00 | $1.15 |
| 08/29/1999 | Subsistence Payment | $0.00 | ($1.15) | $0.00 |
| 09/02/1999 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 09/17/1999 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 09/21/1999 | Special Mail | $0.00 | $0.00 | $0.00 |
| 09/23/1999 | Special Mail | $0.00 | $0.00 | $0.00 |
| 09/24/1999 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 09/28/1999 | Special Mail | $0.00 | $0.00 | $0.00 |
| 09/28/1999 | Special Mail | $0.00 | $0.00 | $0.00 |
| 09/28/1999 | Special Mail | $0.00 | $0.00 | $0.00 |
| 09/28/1999 | Special Mail | $0.00 | $0.00 | $0.00 |
| 10/01/1999 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 10/05/1999 | Special Mail | $0.00 | $0.00 | $0.00 |
| 10/08/1999 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 10/12/1999 | Mailroom Deposit | $30.00 | $0.00 | $30.00 |
| 10/12/1999 | Processing Fee | $0.00 | ($10.00) | $20.00 |
| 10/13/1999 | Subsistence Payment | $0.00 | ($0.48) | $19.52 |
| 10/15/1999 | Purchase | $0.00 | $19.52 | $0.00 |
| 10/22/1999 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 10/25/1999 | Special Mail | $0.00 | $0.00 | $0.00 |
| 10/29/1999 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 11/02/1999 | Special Mail | $0.00 | $0.00 | $0.00 |
| 11/04/1999 | Special Mail | $0.00 | $0.00 | $0.00 |
| 11/05/1999 | Indigent Order | $0.00 | $0.00 | $0.00 |
| 11/09/1999 | Special Mail | $0.00 | $0.00 | $0.00 |
| 11/09/1999 | Special Mail | $0.00 | $0.00 | $0.00 |
| 11/12/1999 | Pending Order | $0.00 | $0.00 | $0.00 |
| 11/16/1999 | Special Mail | $0.00 | $0.00 | $0.00 |

```
BROWARD COUNTY JAIL COMMISSARY SYSTEM - MAIN FACILITY
RELEASE - INMATE LEDGER CARD SUMMARY
PRINT DATE: 11/17/1999
PRINT TIME: 11:01 AM


Arrest Number: 509921305                      CELL#: MAIN-2C-4-FLOOR-22
  Inmate Name: PERRY, WILLIE PAUL          RACE/SEX: BM
        Alias: None, None                       DOB: 01/03/1957
Curr. Balance: $0.00


DEPOSITS:                      $31.15
ADJUSTMENTS:                    $0.00
WITHDRAWALS:                    $0.00
PURCHASES:                     $19.52
RETURNS:                        $0.00
INDIGENT:                       $0.00
TRUSTEE PAY:                    $0.00
TOTAL RELEASES:                 $0.00
TOTAL INCUMBERED:               $0.00
SPECIAL MAIL:                   $0.00
FORFEITED:                      $0.00
W/R-DEPOSIT:                    $0.00
W/R-WITHDRAWAL:                 $0.00
W/R SUB-PAYMENT:                $0.00
W/R SUB-REFUND:                 $0.00
MON-PAYMENT:                    $0.00
MON-REFUND:                     $0.00
MED-PAYMENT:                    $0.00
MED-REFUND:                     $0.00
PROCESS FEE:                   $10.00
PROCESS REF:                    $0.00
DAILY SUB PMNT:                 $1.63
DAILY SUB RFND:                 $0.00
```