```
                         UNITED STATES DISTRICT COURT
                         SOUTHERN DISTRICT OF FLORIDA

                         CASE NO. 00-6046-CIV-ZLOCH
                         MAGISTRATE JUDGE SORRENTINO
```

WILLIE PERRY,                :

    Plaintiff,            :

v.                           :     ORDER DENYING IFP
                                             MOTION PURSUANT TO
DEPUTY N. HERNANDEZ,         :     28 U.S.C. §1915(g)

    Defendant.            :
_____



FILED by _____ D.C.
MAG. SEC.
FEB - 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.   MIAMI

A report has been entered recommending that this case be dismissed pursuant to the three strikes rule of 28 U.S.C. §1915(g). Therefore, pursuant to the mandate of that statute, it is

ORDERED AND ADJUDGED that the motion of the plaintiff to proceed <u>in forma pauperis</u> is denied.

DONE AND ORDERED at Miami, Florida, this 8 day of February, 2000.

                                                                          _____
                                                                          UNITED STATES MAGISTRATE JUDGE

cc: Willie Perry, <u>Pro Se</u>
    DC #045983
    Broward County Jail
    P. O. Box 9356
    Fort Lauderdale, FL 33310

