UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6046-CIV-ZLOCH



WILLIE PERRY,

       Plaintiff,

vs.

**FINAL ORDER OF DISMISSAL**

DEPUTY N. HERNANDEZ,

       Defendant.
_____/

THIS MATTER is before the Court upon the Report Re Dismissal Of Successive Complaint 28 U.S.C. § 1915(g) (DE 4), filed herein by United States Magistrate Judge Charlene H. Sorrentino. No Objections to said Report have been filed herein.

The Court has conducted a <u>de novo</u> review of the entire record herein and after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Report Re Dismissal Of Successive Complaint 28 U.S.C. § 1915(g) (DE 4) filed herein by United States Magistrate Judge Charlene H. Sorrentino be and the same is hereby approved, adopted and ratified by the Court;

2. The above-styled cause be and the same is hereby

**DISMISSED** pursuant to 28 U.S.C. § 1915(g);

3. The Plaintiff, Willie Perry, shall have up to and including March 10, 2000 within which to file a motion to reopen this case upon payment of the Clerk's full filing fee of $150.00; and

4. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _25th_ day of February, 2000.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

The Honorable Charlene H. Sorrentino
United States Magistrate Judge

Willie Perry, Pro Se
DOC #045983
Broward County Jail
P.O. Box 9356
Fort Lauderdale, FL 33310